UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
-------------------------------------X

ANDERSON LANGLOIS,

                Petitioner,

   - v. -

JOHN ASHCROFT,

             Respondent.

-------------------------------------

*FILED*

STIPULATION WITHDRAWING
APPEAL WITH PREJUDICE

Dkt. No. 03-2475

IT IS STIPULATED AND AGREED by and between the parties, as follows:

1. The petitioner-appellant filed a notice of appeal on July 29, 2003.

2. The petitioner-appellant was lawfully removed on August 23, 2003 to Haiti.

3. Because of the petitioner-appellant's extensive criminal history and convictions he is inadmissible to the United States, independent of the removal order.

4. As such, because the petitioner-appellant is independently barred from obtaining any relief, there are no collateral consequences flowing from his removal and thus the issues raised in this appeal are moot.

5. The above-captioned appeal is hereby withdrawn with prejudice and without costs or attorney's fees to any party, pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure.

Certified:    MAR 10 2004

Dated: Glastonbury, CT
       February ___, 2004

_____
ROBERTO T. LUCHEME
Attorney for Petitioner-Appellant
41 Hebron Avenue
Glastonbury, CT 06033
Telephone:  (860) 633-1962


Dated: New Haven, CT
       February 30, 2004


                              KEVIN J. O'CONNOR
                              United States Attorney or the
                              District of Connecticut
                              Attorney for Respondent-Appellee


                        By:   _____
                              DOUGLAS P. MORABITO
                              Assistant United States Attorney
                              157 Church Street
                              New Haven, CT 06508
                              Telephone:  (203) 821-3700


SO ORDERED:  MAR   4 2004

FOR THE COURT
Roseann B. MacKechnie, Clerk of Court
By _____
Lisa J. Greenberg, Staff Counsel

A TRUE COPY
___ B. MacKECHNIE, CLERK